UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

UNITED STATES OF AMERICA

-vs-                                                                                              Case No.  2:12-CR-265

**LAMAR V. LOVE**

COURTROOM   MINUTES

| Judge: | **Peter C. Economus** | Date and Time: | January 29, 2013 2:00 P.M. |
|---|---|---|---|
| Deputy Clerk: | Jessica Rector | Counsel for Govt: | Gregory G. Lockhart |
| Ct. Reporter: | Gina Wells | Counsel for Deft(s). | Richard Colby |
| Interpreter: | | Pretrial/Probation: | |

-dft sworn in
-waiver of indictment signed by dft and accepted by the Court
-plea of guilty entered to count 1
-PSI ordered
-bond continued