UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

UNITED STATES OF AMERICA

-vs-                                                                                          Case No.  2:12-CR-265

LAMAR V. LOVE

COURTROOM   MINUTES

| Judge: | **Peter C. Economus** | Date and Time: | June 3, 2013 11:00 A.M. |
|---|---|---|---|
| Deputy Clerk: | Jessica Rector | Counsel for Govt: | Laura M. Fulton |
| Ct. Reporter: | Gina Wells | Counsel for Deft(s). | Richard D. Colby |
| Interpreter: | | Pretrial/Probation: | Richard V. Lenhart |

-dft sentenced to 1 day incarceration; 5 years supervised release with 1 year home detention; $100 special assessment; $655,802.55 restitution